

RECEIVED

Notice to Principle is Notice to Agent: Notice to Agent is Notice to Principle

JAN 14 2020 ✓

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF ILLINOIS**

Diversity of Citizenship/Jurisdiction

**Cook County Circuit Court,**
**Juvenile Justice Child Protection Division,**
**Chief Judge Timothy C. Evans,**
**State's Attorney Kim Foxx,**
**Clerk of Circuit Court Dorothy Brown,**
**Judge Peter Vilkelis**
**Joan Singleton-Lee** (DCFS Investigator),
**Patricia Young** (DCFS Supervisor),
**Desiree Silva** (DCFS Director),
**Toni Dunlap** (DCFS Investigator),
**Darcy Boyd** (DCFS Supervisor),
**Marc D Smith** (Acting Director),

**INFERIOR LOWER COURT'S**
**Case No: 19 JA 1546/19 JA 1547/ SCR No: 1867575-B**

**Case 20-cv-266**
**Judge Elaine E. Bucklo**
**Magistrate Judge Sidney I. Schenkier**

                Defendants – Appellees,
        VS,

**Nichelle Foster-Bey** (Real Party of Paramount Interest)
**On behalf of the [NICHELLE FOSTER], civility mortuuse,**

**On behalf of the Estate(s) [NYA DANIELLE CARLOYN FOSTER],**
and **Macarius Ameer Hughes-Bey©**
                **Plaintiff – Appellant.**

**NOTICE BY AFFIDAVIT FOR EMERGENCY HEARING**

---

---

        Please take notice:

        A Foreign National and her heirs have been kidnapped with the use of Human Trafficking.
"Indigenous peoples have the collective right to live in peace and security as distinct people's and
shall not be subjected to any genocide or any other act of violence, including forcibly removing
children of the group to another group." (see Article 7 of U-Drip Rights of Indigenous People). "Wife
you must obey your husband and take care of your children and look after the duties of your
household" (see: attached Act 7 of The Moorish Science Temple of America, The Divine Constitution
and By-Laws- Eccles. Law).

Article IV of the constitution authorizes congress to pass laws describing the cause and effect of
various legal system then existing in the several states. The common law groups (states) are defined
as "Foreign States". This definition can be found in USC Title 28, 1603:

1. "A 'foreign state'…"

2

All Rights Reserved



Notice to Principle is Notice to Agent: Notice to Agent is Notice to Principle

2. "... any entity"

3. "which is a separate legal person..."

"Which is neither a citizen of a state of the United States... nor created under the laws of any third country.

   Now, comes Nichelle Foster- Bey, a flesh and blood sentient being, over the lawful age of 21, with majority of all her sense and faculties, affiant domiciles in the Northwest Territory, primarily consisting of the combined territories of what is referred today as the Great Lakes Region ( Lakes: Huron, Ontario, Michigan, Erie and Superior) affiant is a Moorish America, not an (UNITED STATES COPORATION), affiant is part of a special class (see: A-1 Truth AA222141 in library of congress), the rights of affiant and class extends to affiant's heirs/children/property as well.

   1. Appellant-Petitioner is claiming a right to a "Common Law" trail as a Federally Protected Right.

   2. Appellant-Petitioner has been purposely denied access to lower court records relevant to case and religious council.

   3. Appellant-Petitioner has timely and throughout this case, identified affiant as a "Foreign", "Alien" to the "UNITED STATES".

   5. Appellant-Petitioner is being denied "Due Process of Law".

Affiant's heirs/children/property have been kidnapped and unlawfully detained by THE DEPARTMENT OF CHILDREN AND FAMILY SERVICES AND THE COOK COUNTY CIRCUIT COURT JUVENILE DIVISION.

Affiant has been a previous victim of THE DEPARTMENT OF CHILDREN AND FAMILY SERVICES six(6) months ago which ended in the return of affiant's heirs/children/property after affiant had presented proper documentation of affiant's Affidavit(s) of Declaration of Nationality, Jurisdictional Statement, and Denial of Corporate Existence.

THE DEPARTMENT OF CHILDREN AND FAMILY SERVICES and COOK COUNTY CIRCUIT COURT JUVENILE DIVISON is using the basis of case SCR No: 1867575-B to move forward with Case Numbers: 19 JA 1546/ 19 JA 1547.

In SCR No: 1867575-B Allegation 60 (Substantial Risk of Physical Injury/Environment Injurious to Health and Welfare) was used against affiant, in a class action case Ashley M v. Illinois Department of Children and Family Services No 2013 CH 20278 that was settled in Cook County and stated that DCFS could no loner use Allegation 60 because of it being used as a blanked statement that required no evidence to support it, and that the Director had consented and was obligated to insure that all DCFS staff was to be retrained and not to employ the Allegation 60 Title against Illinois Mothers.

3

All Rights Reserved



THE DEPARTMENT OF CHILDREN AND FAMILY SERVICES is seeking revenge against affiant for previously standing on affiant's <u>alien</u> and <u>unalienable</u> rights (those known and unknown) as a Foreign National and a member of the Moorish Science Temple of America.

The COOK COUNTY CIRCUIT COURT JUVENILE DIVISION has blatantly ignored affiant's status and affiant's right to Due Process of Law.

As a result of this unlawful detention of affiant's heirs/children, affiant is invoking the Writ of Habeas Corpus relief and demand for Emergency Hearing before the proper Federal Venue.

Furthermore, affiant sayeth naught.

Date: <u>01/02/2020</u>                              By:_____ L/S
                                                              "one of the people"

Subscribed and Affirmed: to before me
this 2ᴺᴰ day of January, 2020.
Notary Signature: _____

DAVID B BENDER
Official Seal
Notary Public - State of Illinois
My Commission Expires Jun 19, 2020

All Rights Reserved




Notice to Principle is Notice to Agent: Notice to Agent is Notice to Principle

## Proof of Service

Please take notice:

That, Nichelle Foster-Bey, on this 2nd day of January 2019 that I should have cause to file affiant's Affidavit(s) Notice of Filing and Notice by Affidavit for Emergency Hearing to Clerk of the United States District Court Care of: 219 S Dearborn Chicago Illinois [60604] through Register Mail.

Date: 01/02/2020

By: _____ L/S

"one of the people"

5

All Rights Reserved




Notice to Principle is Notice to Agent: Notice to Agent is Notice to Principle

**Please take notice:**

### Affiant's Fee Schedule

1. For every day that affiant goes without her children/property for treble damages in the amount of $20,000,000,000.00 x 3,

2. Respondents shall be penalize/charge for mental anguish for treble damages in the amount of $12,000,000,000.00 x 3,

3. Respondents shall be penalize/charge for conspiracy to denationalization
for treble damages in the amount of $100,000,000,000.00 x 3,

4. Respondents agree to pay for all court cost (both private and public) That it takes to bring this administrative claim to a full and plenary conclusion.

Total: $ 396,000,000,000.00

6

All Rights Reserved




Notice to Principle is Notice to Agent: Notice to Agent is Notice to Principle



**FILED**

✓ JAN 14 2020

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

Diversity of Citizenship/Jurisdiction/Political Status

Case No: <u>19 JA 1546/19 JA 1547/ SCR No: 1867575-B</u>

Cook County Circuit Court,
Juvenile Justice Child Protection Division,
Chief Judge Timothy C. Evans,
State's Attorney Kim Foxx,
Clerk of Circuit Court Dorothy Brown,
Judge Peter Vilkelis
Joan Singleton-Lee (DCFS Investigator),
Patricia Young (DCFS Supervisor),
Desiree Silva (DCFS Director),
Toni Dunlap (DCFS Investigator),
Darcy Boyd (DCFS Supervisor),
Marc D Smith (Acting Director),
        Defendants – Appellees.

        VS,

Nichelle Foster-Bey (Real Party of Paramount Interest)
On behalf of the [NICHELLE FOSTER], civility mortuuse,

On behalf of the Estate(s) [NYA DANIELLE CARLOYN FOSTER]
and Macarius Ameer Hughes-Bey©,
        Plaintiff – Appellant.

**Case 20-cv-266**
**Judge Elaine E. Bucklo**
**Magistrate Judge Sidney I. Schenkier**

## Notice of Filing

Now come, Nichelle Foster-Bey, on behalf of [NICHELLE FOSTER] civility mortuus, third party agent with a paramount interest and do tender the following:

        I, Nichelle Foster-Bey, (herein after affiant), shall file attachment(s) entitled Affidavit(s) Notice of Filing and Notice by Affidavit for Emergency Hearing Clerk of the United States District Court Care of: 219 S Dearborn Chicago Illinois [60604] through Register Mail.

Date: <u>01/02/2020</u>                    By: [signature] L/S
                                        "one of the people"

1

All Rights Reserved